STATE OF NEW YORK ex rel. STEPHEN J. HARKAVY on Behalf of JOHN DOES 1 THROUGH 12, Appellant, v EILEEN CONSILVIO, as Executive Director of Manhattan Psychiatric Center and Kirby Forensic Psychiatric Center, Respondent.

Submitted June 26, 2006; decided July 6, 2006

Motion to enlarge the record on appeal granted on consent.

JOHN WHITFIELD, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 8, 2006; decided July 6, 2006

JOHN WHITFIELD, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 15, 2006; decided July 6, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.